DAVID F. PLAHN, administrator, &c., appellant,

*v.*

ANITA VARIEL et al., respondents.

[Decided July 13th, 1917.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *86 N. J. Eq. 80; sub nomine Givernaud* v. *Variel.*

*Messrs. Besson, Alexander & Stevens,* for the appellant.

*Messrs. Smith, Mabon & Herr* and *Messrs. Collins & Corbin,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—11.

*For reversal*—None.